# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>JAMES A. SCOTT,<br><br>                                  Defendant. | Case No. 16-CR-157-JPS-2<br><br>**ORDER** |

       On September 27, 2016, the grand jury returned an indictment against Defendant and a co-defendant. (Docket #1). Count Two charges Defendant with robbery, in violation of 18 U.S.C. § 1951. On November 22, 2016, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Count Two of the indictment. (Docket #18 at 1–2).

       The parties appeared before Magistrate Judge William E. Duffin on December 15, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #28). Defendant entered a plea of guilty as to Count Two of the indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #29 at 1).

       Thereafter, on December 16, 2016, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) that a presentence investigation report be

prepared; and (3) that Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #29 at 2).

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #29) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge